COMMONWEALTH of Pennsylvania, Respondent

v.

Edwin DAVIS, Petitioner

No. 514 EAL 2016

Supreme Court of Pennsylvania.

April 25, 2017

## ORDER

PER CURIAM

AND NOW, this 25th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.